UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

NICOLAS J. NICOLAS-FRANCISCO, Petitioner,

v.

JAIME RIOS, et al., Respondents.

No. 5:26-cv-04104-JDE

JUDGMENT

Pursuant to the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is DENIED (a) with prejudice as to Count I and Count III; and (b) without prejudice as Count II and IV.

Dated: August 5, 2026 _____

JOHN D. EARLY
United States Magistrate Judge